**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

CASE NO.: 1:20-cv-24405-BB

VICTOR ARIZA,

      Plaintiff,

vs.

CHAOS HOLDINGS, LLC, a
Florida Limited Liability Company.

      Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

      The Parties hereby file this Notice of Settlement of the above captioned action.  The Parties have reached an agreement in principle and are in the process of finalizing the settlement non-monetary terms. The Parties anticipate that Plaintiff will file a dismissal with prejudice of the lawsuit within the next 30 days.

    Date: December 7, 2020          Respectfully submitted,

/s/ Roderick V. Hannah           /s/ Steven A. Siegel
Roderick V. Hannah             Steven A. Siegel
RODERICK V. HANNAH,       ssiegel@fisherphillips.com
ESQ., P.A.                 Ilanit Fischler
rhannah@trhannahlaw.com     ifischler@fisherphillips.com
4800 N. Hiatus Road           FISHER & PHILLIPS LLP
Sunrise, FL 33351             450 East Las Olas Boulevard, Suite 800
Telephone: (954) 362-3800     Fort Lauderdale, Florida 33301
                          Telephone: (954) 525-4800
Pelayo M. Duran
duranandassociates@gmail.com
LAW OFFICES OF PELEYO     *Attorneys for Defendant*
DURAN, P.A.
4640 N.W. 7th Street

*Attorneys for Plaintiff*